UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-76 (KMM/TNL)

RECEIVED
MAY 05 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHEVIRIO KAVIRION CHILDS-YOUNG,
   A/K/A "RIO", AND
2. WILLIAM CHARLES SAFFOLD,

    Defendants.

**NOTICE OF APPEARANCE**

Please add the following United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Andrew M. Luger

Dated: May 5, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

s/ Andrew M. Luger

BY: ANDREW M. LUGER

SCANNED
MAY 05 2022
U.S. DISTRICT COURT MPLS