IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: JOHN F. DOCHERTY |
| | U.S. Magistrate Judge |
| v. | Case No: 22-cr-76 KMM/TNL |
| | Date: June 14, 2022 |
| Shevirio Kavirion Childs-Young (1), | Video Conference |
| | Time Commenced: 1:34 p.m. |
| Defendant, | Time Concluded: 1:43 p.m. |
| | Time in Court: 9 minutes |

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: 4/26/2022

Offense: conspiracy to use, carry and brandish firearms during and in relation to a crime of violence; aiding and abetting carjacking; aiding and abetting interference with commerce by robbery; brandishing a firearm during a crime of violence

X Advised of Rights

on   X Indictment

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is June 16, 2022 at 10:30 a.m. via video conference before U.S. Magistrate Judge John F. Docherty for:
    X Detention hrg        X Arraignment hrg


Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                    s/SAE
                                                    Signature of Courtroom Deputy