**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:   JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:          22-cr-76 (KMM/TNL) |
| | ) | Date:               June 16, 2022 |
| Shevirio Kavirion Childs-Young (1), | ) | Videoconference |
| | ) | Time Commenced:   10:40 a.m. |
| Defendant. | ) | Time Concluded:   10:44 a.m. |
| | ) | Time in Court:   4 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Lindsey Middlecamp, Assistant U.S. Attorney
  Defendant:  Manny Atwal, Assistant Federal Public Defender,
           X  FPD

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:
X Defendant consents to this hearing via video conference
Defendant arraigned, see arraignment minutes and order.


                                          *s/nah*
                          Signature of Criminal Duty Clerk