AO 442 (Rev. 11/11) Arrest Warrant


F#11416520

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

~~SEALED~~

| United States of America | ) |
|---|---|
| v. | ) |
| Sheviro Kavirion Childs-Young (1) | ) Case No. CR 22-76 KMM/TNL |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

RECEIVED JUN 23 2022 CLERK, U.S. DISTRICT COURT ST. PAUL, MINNESOTA

RECEIVED 2022 APR 27 AM 7:50 US MARSHALS SAINT PAUL, MN

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Sheviro Kavirion Childs-Young,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Conspiracy to Use, Carry, and Brandish Firearms During and in Relation to a Crime of Violence, 18:924(o); Counts 4, 7, 10 and 13 - Aiding and Abetting Carjacking, 18:2 and 2119(1); Counts 5, 11 and 19 - Aiding and Abetting Interference with Commerce by Robbery, 18:2 and 1951; Count 8 and 14 - Aiding and Abetting Interference with Commerce by Robbery, 18:2 and 1951; Counts 6, 9, 12, 15 and 20 - Brandishing a Firearm During and in Relation to a Crime of Violence, 18:924(c)(1)(A)(ii).

Date: 04/26/2022

_M. Fogarty_
*Issuing officer's signature*

City and state:   Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
|---|
| at *(city and state)* _____ |

Date: _____
ARRESTED ON 6/14/2022
ARRESTED BY FBI-WHCAP
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

Arresting officer's signature

Printed name and title

SCANNED JUN 23 2022
U.S. DISTRICT COURT ST. PAUL