UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 22-76(1) (KMM/TNL) |
| | ) | |
| v.      Plaintiff, | ) | |
| | ) | **DEFENDANT'S MOTION TO** |
| SHEVIRIO KAVIRION CHILDS-YOUNG, | ) | **SUPPRESS EVIDENCE OBTAINED** |
| | ) | **AS A RESULT OF SEARCH AND** |
| | ) | **SEIZURE** |
| Defendant. | ) | |

The defendant, Shevirio Kavirion Childs-Young, by and through his attorneys, Manny K. Atwal and Douglas L. Micko, respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, to suppress any physical evidence obtained as a result of a search and seizure from October 4, 2021 warrant to search residence located at 35XX 6th Street North in Minneapolis on the following grounds. The warrant to search this residence was lacking in probable cause, and not executed in good faith. Additionally, officers exceeded the scope of the warrant's authorization in its execution.

That this motion is based on the indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

2

Dated: October 3, 2022                    Respectfully submitted,

*s/ Manny K. Atwal*

_____
MANNY K. ATWAL
Attorney ID No. 282029
DOUGLAS L. MICKO
Attorney ID No. 299364
Attorneys for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415