UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
22-CR-076 (KMM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) SHEVIRIO KAVIRION CHILDS-YOUNG, a/k/a "Rio,"<br><br>(3) ERIC HARRELL KNIGHT, and<br><br>(4) JAVEYON DEMARIO TATE,<br><br>Defendants. | **GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESSES AT PRETRIAL MOTIONS HEARING** |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas Calhoun-Lopez, Assistant United States Attorney, in accordance with D. Minn. Local Rule 12.1(c)(3)(A), hereby submits its notice of intent to call witnesses at the motions hearing in the above-captioned matter, currently set for November 8, 2022.

| Number of Witnesses the United States Intends to Call | 1 |
|---|---|
| Motions to Be Addressed | Defendant's Motion to Suppress Eyewitness Identification (ECF Document No. 89) |
| Estimated Duration of Testimony | 1 hour |

Dated:   October 19, 2022

                                  Respectfully Submitted,

                                  ANDREW M. LUGER
                                  United States Attorney


                                  *s/ Thomas Calhoun-Lopez*
                                  BY:   THOMAS CALHOUN-LOPEZ
                                  Assistant U.S. Attorney
                                  Attorney ID No. 480908DC