UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.

SHEVIRIO KAVIRION CHILDS-YOUNG,      Criminal No. 22-cr-076(1) (KMM/TNL)
                Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee: Shevirio Kavirion Childs-Young
Detained at (custodian): Minnesota Correctional Facility–Rush City

The government is requesting the **Federal Bureau of Investigation / Minneapolis Police Department** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
                    Charging Detainee With: Conspiracy to Use Firearms During and in Relation to Crimes of Violence
    or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of this proceeding
    or  b.)  ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on November 8, 2022 at 12:00 p.m. in the courtroom of The Honorable Tony N. Leung.

Dated: November 7, 2022                                *s/Thomas Calhoun-Lopez*
                                                                                    THOMAS CALHOUN-LOPEZ, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

November 7, 2022                                            *s/John F. Docherty*
Date                                                                UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Rio | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | |
| Facility Address: | | Race: | |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                                           (Signature)

Writ issued 11/7/2022